■ SNYDER & MACKIN/SCHAFFER ELECTRICAL CONTRACTORS, INC., Appellant, v NIAGARA MOHAWK POWER CORPORATION, Respondent. (Appeal No. 3.)—Appeal unanimously dismissed, without costs (see, Conrad v Conrad, 109 AD2d 772). (Appeal from order of Supreme Court, Oswego County, Murphy, J.—reargument.) Present—Dillon, P. J., Doerr, Green, Pine and Lawton, JJ.